Opinion by HARALSON, J.

---

# Newby v. New England Mortgage Security Co.

APPEAL from Limestone Chancery Court.

Heard before the Hon. THOMAS COBBS.

R. A. McCLELLAN, for appellant.

JAMES E. WEBB and CALDWELL BRADSHAW, *contra.*

The appeal is prosecuted by the complainant from the decree of the chancellor denying the relief prayed for in their bill of complaint, and such decree is here assigned as error. Reversed and remanded.

Opinion by BRICKELL, C. J.